# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Pauline Tercenio Tejero, | * | CASE NO. 18-31986 |
| | * | |
| | * | |
| Debtor. | * | CHAPTER 13 Petition |
| | * | |

## NOTICE BY DEBTOR TO CONVERT FROM CHAPTER 13 TO CHAPTER 7

COMES NOW the Debtor, Pauline Tercenio Tejero, by and through her attorney, Michael D. Brock, and shows unto the Court as follows:

1. The Debtor in the above entitled case filed a Voluntary Petition for relief under Chapter 13 of Title 11, United States Code July 17, 2018.

2. The Debtor is eligible to be a Debtor under Chapter 7 of said title, and desires to convert this case to a case under that chapter.

3. This case was not converted from a case under any Chapter of Title 11, United States Code.

WHEREFORE, the Debtor converts this case under Chapter 7 of the Bankruptcy Code and requests relief under said Chapter 7.

RESPECTFULLY SUBMITTED this    5th    day of May, 2021.

                                                 BROCK & STOUT

                                                 /s/ Michael D. Brock
                                                 Michael D. Brock {BRO152}
                                                 Attorney for Debtor
                                                 Post Office Drawer 311167
                                                 Enterprise, Alabama 36331-1167
                                                 (334) 393-4357
                                                 (334) 393-0026 FAX
                                                 brockstout@enter.twcbc.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing to the Clerk and Sabrina L. McKinney, Chapter 13 Trustee, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 5th day of May, 2021.

                                      /s/ Michael D. Brock
                                      Michael D. Brock {BRO152}
                                      Attorney for Debtor